UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA CONTURSI MACHADO DA
SILVEIRA,

                          Plaintiff,

          -against-                                          21-CV-9117 (LTS)

NEW YORK CITY DEPARTMENT OF                       ORDER OF DISMISSAL
EDUCATION; PRINCIPAL MELATINA
HERNANDEZ, PS 123 MAHALIA JACKSON
SCHOOL,

                          Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff brings this action *pro se*. The Court dismisses the complaint for the following

reasons.

        Plaintiff has previously submitted to this Court an identical complaint against

Defendants, in which she asserts the same claims. That case is presently pending before Judge

Analisa Torres under docket number 1:21-CV-9160 (AT). As this complaint raises the same

claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this

complaint is dismissed without prejudice to Plaintiff's pending case under docket number 1:21-

CV-9160 (AT).

## CONCLUSION

        Plaintiff's complaint is dismissed as duplicative. The Clerk of Court is directed to

terminate all other pending matters.

        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose

of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is also directed to mail a copy of this order to Plaintiff and note

service on the docket.

SO ORDERED.

Dated:   November 19, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge