UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINA CONTURSI MACHADO DA SILVEIRA,<br><br>                              Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; PRINCIPAL MELATINA HERNANDEZ, PS 123 MAHALIA JACKSON SCHOOL,<br><br>                              Defendants. | 21-CV-9117 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 19, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 1:21-CV-9160 (AT).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 19, 2021
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge